# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: _24cr10048-MLW_____

USCA Docket Number: _24-1460_____

UNITED STATES OF AMERICA

v.

CRAIG MEDOFF

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed ____ paper documents __X__ electronic documents:

**Main Documents:**

Document Numbers: _ECF NOS. 45 MEMORANDUM AND ORDER, 47 TRANSCRIPT, 49 MEMORANDUM AND ORDER, AND 62 MEMORANDUM AND ORDER_

**Other Documents:**

Sealed Records:

Document Numbers: _____

*Ex parte* Records:

Document Numbers: _____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _MAY 9, 2024_____.

ROBERT M. FARRELL
Clerk of Court

By: _/s/MATTHEW A. PAINE_____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals